The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-094 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION TO SEAL EXHIBIT 1 TO GOVERNMENT'S RESPONSE TO DEFENSE'S MOTION FOR EXTENSION OF TIME TO FILE RULE 12.2(b) NOTICE |
| v. | |
| WAKA SUZUKI | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibit 1 to to Government's Response to Defense's Motion for Extension of Time to file Rule 12.2(b) Notice. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of Exhibit 1 to Government's Response to Defense's Motion for Extension of Time to file Rule 12.2(b) Notice, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that Exhibit 1 to Government's Response to Defense's Motion for Extension of Time to file Rule 12.2(b) Notice be filed under seal.

DATED this 19th day of July, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Suzuki,* CR21-094 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970