The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>WAKA SUZUKI,<br><br>    Defendant. | NO. CR21-094 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

Having considered the Government's Motion to Seal and related materials and because of the confidential and privileged information contained in Exhibit 1,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. # 40) is GRANTED.  Exhibit 1 to the United States' Restitution Memorandum shall remain sealed.

DATED this 12th day of October, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
*United States v. Suzuki*/CR21-094 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970