Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>    v.<br><br>WAKA SUZUKI,<br><br>              Defendant. | NO. CR21-094 RAJ<br><br>ORDER FOR RESTITUTION<br>AND AMENDED JUDGMENT |

Having considered the parties' Joint Motion for Restitution Order and Amended Judgment and the record in this case, the Court GRANTS the Joint Motion (Dkt. # 46) and ORDERS Defendant Waka Suzuki to pay $32,602.00 in restitution to victim American Airlines.  An Amended Judgment will follow.

IT IS ORDERED

DATED this 21st day of October, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER FOR RESTITUTION
AND AMENDED JUDGMENT - 1
*United States v. Suzuki*, CR21-094 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970