The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>WAKA SUZUKI,<br><br>　　　　　　　　　Defendant. | NO. CR21-094 RAJ<br><br>ORDER TO UNSEAL EXHIBIT 1 |

Having considered the Government's Motion to Unseal and related materials and because the previous stated reasons for sealing no longer applies,

It is hereby ORDERED that the Government's Motion to Unseal (Dkt. # 47) is GRANTED. Exhibit 1, Dkt. 41, to the United States' Restitution Memorandum, shall be unsealed.

DATED this 21st day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO UNSEAL
*United States v. Suzuki*/CR21-094 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970